# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. SIMON,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES WALKER,<br><br>        Respondent. | NO. CV 09-6019 VBF (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 24, 2009.

*/s/ Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE